IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO A. PEREZ, JR., | No. C 11-0658 LHK (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| SUPERIOR COURT OF MONTEREY COUNTY and INTERSTATE INTERLOCK INC., | |
| Respondents. | |

An order of judgment is hereby entered DISMISSING this action for lack of jurisdiction.

IT IS SO ORDERED.

DATED: 4/11/11

LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.11\Perez658jud.wpd